**Eloy HERNANDEZ–ANTONIO,
Petitioner,**

v.

**John ASHCROFT,\* Attorney
General, Respondent.**

No. 01–71923.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2004.\*\*

Decided Jan. 13, 2005.

Miguel D. Gadda, Esq., Law Offices of
Miguel D. Gadda, San Francisco, CA, for
Petitioner.

Regional Counsel, Western Region, Laguna Niguel, CA, John S. Hogan, John C.
Cunningham, Esq., U.S. Department of
Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and
TROTT, Circuit Judges.

MEMORANDUM \*\*\*

Eloy Hernandez–Antonio, a native and
citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals'
("BIA") order dismissing his appeal of an
immigration judge's denial of his motion to
reopen after he was ordered deported in
absentia. We dismiss the petition for review.

The petitioner's sole argument in the
petition is that the former Immigration
and Naturalization Service failed to inform
him of his duty to notify it of any change
of address and of the potential consequences for failing to do so. Because petitioner did not raise this issue before the
BIA, he failed to exhaust his administrative remedies, and we lack jurisdiction to
consider petitioner's argument. *See Cortez–Acosta v. INS*, 234 F.3d 476, 480 (9th
Cir.2000).

**PETITION FOR REVIEW DIS
MISSED.**

**Debora Lisbeth GONZALEZ,
Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 02–73058.

United States Court of Appeals,
Ninth Circuit.

---

\* The court sua sponte changes the docket to
reflect that John Ashcroft, Attorney General,
is the proper respondent. The Clerk shall
amend the docket to reflect the above caption.

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Debora Lisbeth Gonzalez, Los Angeles, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Greg D. Mack, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: BEEZER, HALL, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Debora Gonzalez, a native and citizen of Mexico, petitions pro se for review of an order of the Board of Immigration Appeals affirming without opinion an immigration judge's denial of her application for cancellation of removal.

We lack jurisdiction to review the immigration judge's discretionary determination that Gonzalez failed to establish the requisite exceptional and extremely unusual hardship to Gonzalez's United States citizen. 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887 (9th Cir.2003).

Pursuant to *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), Gonzalez's motion for stay of removal included a timely request for stay of voluntary departure. Because the stay of removal was granted, the voluntary departure period was also stayed, *nunc pro tunc,* as of the filing of the motion for stay of removal and this stay will expire upon issuance of the mandate.

**PETITION FOR REVIEW DISMISSED.**

Frank W. TRUDEAU, Petitioner– Appellant,

v.

D.L. RUNNELS, Warden, Respondent– Appellee.

No. 03–16747.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).